Electronic Case Filing | U.S. District Court - Middle District of Florida/Display Receipt Page 1 of 1
Case 1:07-cv-01610-HHK    Document 1    Filed 09/11/2007    Page 1 of 1
Page 1 of 1

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:lawyeralex@aol.com, alexoakpodiete@aol.com, atawaassociates@aol.com,
John.Rudy@usdoj.gov, TPADOCKET.Mailbox@usdoj.gov, cindy.cole@usdoj.gov,
ivonne.williams@usdoj.gov, chambers_flmd_kovachevich@flmd.uscourts.gov,
chambers_flmd_jenkins@flmd.uscourts.gov
Message-Id:<4506499@flmd.uscourts.gov>
Subject:Activity in Case 8:06-cv-00094-EAK-EAJ Nielsen v. Johanns Order on motion to
change venue
Content-Type: text/html
```

**FILED**
SEP 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**JURY ACTION**

U.S. District Court

Middle District of Florida

Case: 1:07-cv-01610
Assigned To : Kennedy, Henry H.
Assign. Date : 9/11/2007
Description: Employ. Discrim.

**Notice of Electronic Filing**

The following transaction was entered on 8/24/2007 at 10:08 AM EDT and filed on 8/24/2007
**Case Name:** Nielsen v. Johanns
**Case Number:** 8:06-cv-94
**Filer:**
**Document Number:** 30(No document attached)

**Docket Text:**
ENDORSED ORDER granting [29] Motion to change venue. The Clerk of Court is directed to close this case and to transfer the case to the Federal District Court in Washington, DC. Signed by Judge Elizabeth A. Kovachevich on 8/24/2007. (sn)


**8:06-cv-94 Notice has been electronically mailed to:**
Alexander Osondu Akpodiete  lawyeralex@aol.com, alexoakpodiete@aol.com, atawaassociates@aol.com
John F. Rudy, III  John.Rudy@usdoj.gov, TPADOCKET.Mailbox@usdoj.gov, cindy.cole@usdoj.gov, ivonne.williams@usdoj.gov

**8:06-cv-94 Notice has been delivered by other means to:**

*[Stamp: certifying to be a true and correct copy of the original. SHERYL L. LOESCH, Clerk, United States District Court, Middle District of Florida. By: [signature], Deputy Clerk]*

**RECEIVED**
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
FREDERIK V. NIELSEN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
MIKE JOHANNS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-01610
Assigned To : Kennedy, Henry H.
Assign. Date : 9/11/2007
Description: Employ. Discrim.

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ☐ G. Habeas Corpus/ 2255<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. Employment Discrimination<br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. FOIA/PRIVACY ACT<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. Student Loan<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. Labor/ERISA (non-employment)<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. Other Civil Rights (non-employment)<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. Contract<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. Three-Judge Court<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☒ 5 Transferred from another district (specify) _USDC MDF (Tampa)_
☐ 6 Multi district Litigation
☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
_42 USC 2000_

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** _____  Check YES only if demanded in complaint  **JURY DEMAND:** ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

DATE _9-11-07_   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Electronic Case Filing | U.S. District Court - Middle District of Florida - Docket Report Page 1 of 3
Case 8:07-cv-01610-HHK   Document 1-3   Filed 09/11/2007   Page 1 of 4

CLOSED, TRLSET

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:06-cv-00094-EAK-EAJ
Internal Use Only

Nielsen v. Johanns
Assigned to: Judge Elizabeth A. Kovachevich
Referred to: Magistrate Judge Elizabeth A. Jenkins
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 01/17/2006
Date Terminated: 08/24/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

Frederik V. Nielsen

represented by **Alexander Osondu Akpodiete**
Atawa Associates, LLC
165 Courtland Street, Ste. A-315
Atlanta, GA 30303
404/474-4720
Fax: 404-393-5344
Email: lawyeralex@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Mike Johanns
*Secretary, U.S. Department of Agriculture*

represented by **John F. Rudy, III**
U.S. Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813/274-6319
Fax: 813/274-6247
Email: John.Rudy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2006 | 1 | COMPLAINT against Mike Johanns ; jury demand , filed by Frederik V. Nielsen.(ag) (Entered: 01/18/2006) |
| 01/17/2006 | 2 | MOTION for leave to proceed in forma pauperis by Frederik V. Nielsen. (ag) (Entered: 01/18/2006) |
| 01/17/2006 | 3 | AFFIDAVIT of indigency by Frederik V. Nielsen. (ag) (Entered: 01/18/2006) |
| 01/23/2006 | 4 | ORDER denying 2 Motion for leave to proceed in forma pauperis; the plaintiff shall have thirty (30) days from the date of this order to remit a filing fee of $250.00 to the Clerk of the Court, or to show cause why he is unable to pay this |

| | | |
|---|---|---|
| | | amount; the plaintiff is notified that he is responsible for service of the summons and complaint in this cause due to the denial of the motion for in forma pauperis; and failure to remit a filing fee in a timely manner may result in dismissal for failure to prosecute without further notice. Signed by Judge Elizabeth A. Kovachevich on 1/23/2006. (sn) (Entered: 01/23/2006) |
| 02/03/2006 | 5 | MOTION for reconsideration re 4 Order on motion for leave to proceed in forma pauperis, by Frederik V. Nielsen. (ag) (Entered: 02/03/2006) |
| 02/10/2006 | 6 | ORDER granting 5 Motion for reconsideration and granting motion for in forma pauperis. The plaintiff has twenty days to comply with the order and fill out the forms attached by the Clerk of Court. Signed by Judge Elizabeth A. Kovachevich on 2/10/2006. (sn) (Entered: 02/10/2006) |
| 02/22/2006 | 7 | MOTION to extend time to complete service forms by Frederik V. Nielsen. (ag) (Entered: 02/23/2006) |
| 02/24/2006 | 8 | ENDORSED ORDER granting 7 Motion to extend time to complete service forms. The plaintiff shall have up to and including 3/24/06 to return the completed forms to the Clerk's Office as required in the previous order. Signed by Judge Elizabeth A. Kovachevich on 2/24/2006. (sn) (Entered: 02/24/2006) |
| 03/08/2006 | 9 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 3/20/2006. Signed by Deputy Clerk on 3/8/2006. (cl-m) (Entered: 03/08/2006) |
| 03/24/2006 | 10 | NOTICE of non-compliance by Frederik V. Nielsen. (ag) (Entered: 03/27/2006) |
| 03/31/2006 | 11 | ORDER directing service by U.S. Marshal. Signed by Judge Elizabeth A. Kovachevich on 3/31/2006. (sn) (Entered: 03/31/2006) |
| 04/03/2006 | 12 | Summons Issued as to Mike Johanns, U.S. Attorney and U.S. Attorney General, Sadhna Ture, Director of Civil Rights U.S. Department of Agriculture, Nancy S. Bryson General Counsel U.S.Department of Agriculture. (ag)(**forwarded to the U.S. Marshal for service**) (Entered: 04/03/2006) |
| 04/27/2006 | 13 | SUMMONS Returned Executed by Frederik V. Nielsen. Mike Johanns served on 4/14/2006 by serving the U.S. Attorney; answer due 6/13/2006. (ag) (Entered: 04/27/2006) |
| 04/28/2006 | 14 | PROOF of service upon the U.S. Attorney General by Frederik V. Nielsen (ag) (Entered: 05/01/2006) |
| 04/28/2006 | 15 | PROOF of service upon the Sadhna True, Director of Office of Civil Rights, U.S. Deparment of Agriculture by Frederik V. Nielsen (ag) (Entered: 05/01/2006) |
| 05/18/2006 | 16 | PROOF of service upon General Counsel, U.S. Department of Agriculture by Frederik V. Nielsen (ag) (Entered: 05/18/2006) |
| 06/01/2006 | 17 | ANSWER and affirmative defenses to complaint by Mike Johanns.(Rudy, John) (Entered: 06/01/2006) |
| 06/30/2006 | 18 | REPLY to affirmative defenses by Frederik V. Nielsen. (ag) (Entered: 07/03/2006) |
| 07/06/2006 | 19 | MOTION to extend time to commence track two case management plan by Frederik V. Nielsen. (ag) (**Error: faxed copy; original was received in the** |

| | | |
|---|---|---|
| | | Clerk's Office on 7/7/06) Modified on 7/7/2006 (ag). Modified on 7/7/2006 (ag). (Entered: 07/07/2006) |
| 07/07/2006 | 20 | MOTION to extend time to commence the Track Two Case Management Plan by Frederik V. Nielsen. (ag) (Entered: 07/07/2006) |
| 07/10/2006 | 21 | ORDER granting 20 Motion to extend time and the parties shall file the Case Management Report on or before September 11, 2006. Signed by Judge Elizabeth A. Kovachevich on 7/10/2006. (sn) (Entered: 07/10/2006) |
| 07/18/2006 | 22 | NOTICE of Appearance by Alexander O. Akpodiete on behalf of Frederik V. Nielsen (Akpodiete, Alexander) (Entered: 07/18/2006) |
| 09/15/2006 | 23 | ORDER TO SHOW CAUSE why this case should not be dismissed for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05. The Plaintiff shall file a written response within eleven (11) days. Signed by Judge Elizabeth A. Kovachevich on 9/15/2006. (cl-m) (Entered: 09/15/2006) |
| 09/26/2006 | 24 | RESPONSE TO ORDER TO SHOW CAUSE re 23 filed by Frederik V. Nielsen. (Akpodiete, Alexander) (Entered: 09/26/2006) |
| 09/27/2006 | 25 | ENDORSED ORDER granting an extension of time to file Case Management Report up to and including 10/20/06. The defendant is directed to cooperate with the plaintiff to prepare the report or the plaintiff's unilateral report shall be adopted as the case management plan for this case. Signed by Judge Elizabeth A. Kovachevich on 9/27/2006. (sn) (Entered: 09/27/2006) |
| 10/17/2006 | 26 | CASE MANAGEMENT REPORT. (Akpodiete, Alexander) (Entered: 10/17/2006) |
| 10/18/2006 | 27 | CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 12/1/2006. Joinder of Parties due by 12/1/2006. Discovery due by 12/15/2007. Dispositive motions due by 1/15/2008. A pretrial conference may be scheduled on or after 4/1/08 and a trial may be scheduled on or after 5/1/08. This is a jury trial which is expected to take 5 days to try. Signed by Judge Elizabeth A. Kovachevich on 10/18/2006. (sn) (Entered: 10/18/2006) |
| 06/20/2007 | 28 | NOTICE of change of address by Alexander Osondu Akpodiete (Akpodiete, Alexander) (Entered: 06/20/2007) |
| 08/23/2007 | 29 | Unopposed MOTION to change venue by Frederik V. Nielsen. (Akpodiete, Alexander) (Entered: 08/23/2007) |
| 08/24/2007 | 30 | ENDORSED ORDER granting 29 Motion to change venue. The Clerk of Court is directed to close this case and to transfer the case to the Federal District Court in Washington, DC. Signed by Judge Elizabeth A. Kovachevich on 8/24/2007. (sn) (Entered: 08/24/2007) |
| 08/24/2007 | 31 | TRANSFER to the Federal District Court, Washington, DC (ag) (Entered: 08/24/2007) |

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602
www.flmd.uscourts.gov

Sheryl L. Loesch

Clerk

Jessica Luyablanovits

Tampa Division Manager
(813) 301-5400

August 27, 2007

RE: **Nielsen vs. Johanns**

CASE NUMBER: **8:06-cv-0094-T-17EAJ**

### TRANSMITTAL OF RECORD TO ANOTHER DISTRICT

The above numbered case has been transferred to your district pursuant to ENDORSED ORDER of Court signed by United States District Judge Elizabeth A. Kovachevich on August 24, 2007.

Transmitted with this letter is the certified copy of the docket sheet, certified copy of the the Court's Endorsed Order, instructions on how to access the electronic file and an extra copy of this letter. I request that you date stamp the copy of this letter and return it to me in the addressed envelope provided.

Sincerely,

SHERYL L. LOESCH, CLERK

_____
Deputy Clerk

Receipt is acknowledged of the documents described herein.

New Case Number: _____

Date of Receipt: _____

By: _____
Deputy Clerk

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**FREDERIK V. NIELSEN,**
    Plaintiff(s),

vs.                   Civil Case No. 07-cv-01610-HHK

**MIKE JOHANNS**
    Defendant(s).

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that the transfer documents in this case have been filed in paper form in a the Clerk's Office. They are available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                       **NANCY MAYER-WHITTINGTON**

                                                       Clerk