IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FREDERIK NIELSEN,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07-1610 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| **MIKE JOHANNS, Secretary, United States Department of Agriculture,** | ) ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING CERTIFICATE OF SERVICE**

_____Pursuant to LCvR 5.4(d), Defendant, Mike Johanns, Secretary of the United States Department of Agriculture, hereby files his certificate of service pertaining to the Notice of Appearance filed by Michelle N. Johnson, attached as Exhibit A.  This certificate was inadvertently omitted from defendant's prior filing.

Respectfully submitted,

   /s/ Michelle N. Johnson
_____

MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)

Michelle.Johnson@usdoj.gov

COUNSEL FOR DEFENDANT____

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Filing Certificate of Service was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Frederik V. Nielsen
133-13 Hollowbend Lane
Riverview, FL 33569-5760

on this 22nd day of October, 2007.

# EXHIBIT A

Case 1:07-cv-01610-HHK    Document 3-2    Filed 10/22/2007    Page 1 of 2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Frederik V. Nielsen
133-13 Hollowbend Lane
Riverview, FL 33569-5760

on this <u>22nd</u> day of October, 2007.

                                                  /s/
                                           MICHELLE JOHNSON
Assistant United States Attorney
555 4th St., N.W., Room E4212
Washington, D.C.  20530
202-514-7139