UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREDERICK NIELSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKE JOHANNS, Secretary,<br>U.S. Department of Agriculture,<br><br>　　　　Defendant. | Civil Case No. 07-1610 (HHK) |

**CONSENT MOTION TO MODIFY HEARING DATE**

By and through its undersigned counsel, with the consent and at the urging of Plaintiff, Defendant hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1), to vacate the status conference set for Friday, November 30, 2007, at 11:30 a.m. and reschedule such conference in mid- to late-January at the Court's discretion.

This case is an employment discrimination case purportedly brought under Title VII, the ADEA, and the Veterans Employment Opportunities Act. In sum, Plaintiff alleges that in late-2001, he was denied selection for a position as a Labor Relations Specialist at the Farm Service Agency located in Washington, D.C. due to unlawful discrimination and/or retaliation.

Plaintiff filed his complaint in the United States District Court for the Middle District of Florida ("M.D. Fla.") on January 17, 2006. After filing his Complaint, Plaintiff initially sought to proceed *pro se* and *in forma pauperis*, but later retained counsel, Alex O. Akpodiete, who filed a notice of appearance in the M.D. Fla. on July 18, 2006. In October 2006, the M.D. Fla. set a discovery and case management schedule. From Fall 2006 until May 2007, the parties engaged in document discovery. In or about May 2007, Plaintiff, through counsel, notified Defendant

that he would be moving to transfer venue of the case to the District of Columbia. On August 23, 2007, Plaintiff, through counsel, filed a motion to change venue, which was unopposed by Defendant. On August 24, 2007, the M.D. Fla. granted the motion to change venue and transferred the case to this Court. On September 11, 2007, the action was received by this Court.

As the case was transferred to this Court from the M.D. Fla., responsibility for the case was likewise transferred from the U.S. Attorney's Office for the M.D. Fla. to the U.S. Attorney's Office for this district. Promptly after the case was transferred, counsel with daily responsibility for this matter contacted the former assigned attorney and agency counsel, who was also recently assigned to the case, to learn the details of the action. Since that time, agency and defense counsel have been working diligently to understand the proceedings held to date in the action and analyze the relevant factual documents.

After defense counsel filed an appearance in the post-transferred action, Mr. Akpodiete, counsel who represented Plaintiff in the M.D. Fla., informed defense counsel that Plaintiff wished to have him continue as counsel in this action. Mr. Akpodiete, however, is not a member of the D.C. Bar and has notified defense counsel that due to a personal matter with the Bar of the State of Florida, he will be delayed in filing a motion for *pro hac vice* admission to this Court. Accordingly, Plaintiff, through his Florida counsel, has requested that the status conference schedule for Friday, November 30, 20007, be continued until mid- to late-January, in order for Mr. Akpodiete to apply for *pro hac vice* admission to this Court, or for Plaintiff to retain new counsel. In order to further the interests of justice in this matter, Defendant, therefore, moves for a continuance.

This request is filed in good faith and will not unduly delay the Court's resolution of this

matter. This motion represents Defendant's first request for a continuance or an extension in this action. Allowing Plaintiff to retain counsel serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the status conference set for Friday, November 30, 2007, at 11:30 a.m. be vacated and rescheduled in mid- to late-January at the Court's discretion.

Dated: November 27, 2007
      Washington, D.C.

Respectfully submitted,

OF COUNSEL:
Britt D. Stuart
Attorney Advisor
Office of the General Counsel,
Civil Rights Division,
U.S. Department of Agriculture

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK NIELSEN,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary,<br>U.S. Department of Agriculture,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Case No. 07-1610 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Defendant's consent motion to modify hearing date, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that the status conference scheduled for Friday, November 30, 2007 is hereby vacated, and it is further

ORDERED that a status conference is hereby set for January \_\_\_\_, 2008 at _____, in Courtroom No. \_\_\_\_\_.

_____                         _____
Date                                                          HENRY H. KENNEDY, JR.
                                                            United States District Judge