**Frederick V. Nielsen**

(813) 251-1620  
nielsenassoc@vereizon.net

215 W. Grand Central Ave. #414  
Tampa, FL 33606-1951  
February 8, 2008

**RECEIVED**

FEB 11 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Hon. Henry H. Kennedy, U.S.D.J.  
U.S. District Court, District of Columbia  
U.S. Courthouse  
333 Constitution Ave. N.W.  
Washington, D.C. 20001

Re: <u>Nielsen v Mike Johanns, (USDA)</u>  
Civil Case # 07-cv-1610 (HHK)  
USDC, District of Columbia  
Subject: Status Conference

Dear Judge Kennedy:

    I am the plaintiff, proceeding *pro se* and *in forma pauperis* in the case referenced above. As of today, my attorney still has not filed his *pro hac vice* motion/application with the Court. In the event that he does not, or it is not granted, by the date and time of the rescheduled Status Conference on Feb. 21st @ 11:45AM, I respectfully request permission to appear via telephone.

    I make this request based upon the logistical circumstances, given that my residence is in the State of Florida and that it would become a financial hardship for me to appear, considering that I have already been approved to proceed *in forma pauperis*. Certainly, I will appear if my physical presence is deemed necessary by Your Honor.

    Should you grant my request, my contact information listed above has been filed with the Office of the Clerk of the Court. I have attempted to contact counsel for defendant to obtain his consent, but was unable to speak with him at that time. I have emailed a copy of this letter to him and expect him to notify the Court of his consent, or disapproval, in a timely manner. This is my first request regarding this issue. Thank you for your consideration in this matter.

Respectfully,

*Frederick V. Nielsen*  
Frederick V. Nielsen,  
Plaintiff, Pro Se

cc:

Brian P. Hudak, Asst. U.S. Attorney  
555 4th Street, NW  
Washington, D.C. 20530

Alexander Osondu Akpodiete, Esq.  
Atawa Associates, LLC  
165 Courtland Street, Suite A-315  
Atlanta, GA 30303

## Certificate of Service

I, Frederick V. Nielsen, am the plaintiff in the above entitled action. I certify, under the penalties of perjury, that I have mailed a true copy of my February 8, 2008 letter to the Court, requesting permission to appear by telephone at the scheduled Status Conference, by mailing via first class mail, U.S. Postal Service and via email, upon counsel for Defendant, whose addresses appear below.

Brian P. Hudak,
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7143
brian.hudak@usdoj.gov

*Frederick V. Nielsen*

Frederick V. Nielsen
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620
nielsenassoc@verizon.net

[Print Message]                                                    [Close this window]

      From nielsenassoc@verizon.net
      Date 2008/02/08 Fri PM 12:57:28 CST
        To Brian.Hudak@usdoj.gov
        CC alexakpodiete@gmail.com
Subject Status Conference

Gentlemen,

Please download the attached file containing my request to the Court to appear at the Status Conference via telephone.

Thank you,

Frederick Nielsen,
Plaintiff, pro se

---

Download Attachment 2-8-08 DC Status Confr.abw

[Print Message]   [Close this Window]

From "Hudak, Brian (USADC)" <Brian.Hudak@usdoj.gov>
Date 2008/02/08 Fri AM 11:21:52 CST
To Fred Nielsen <nielsenassoc@verizon.net>,alexakpodiete@gmail.com
Subject RE: Nielsen v. Schafer, 07-1610 (HHK) -- Request to Attend Hearing by Phone

Mr. Nielsen – I hope you are well. I received your voice message from earlier today. We have no objection to you participating by phone in the upcoming court conference.

Also, in case you had not seen the Judge's recent minute entry, the conference has been moved to February 21, 2008 at 11:45am. As a courtesy, I have attached the electronic notice of the minute entry that I received from the Court.

Best regards,

Brian

<<Activity in Case 1:07-cv-01610-HHK NIELSEN v. JOHANNS Set/Reset Hearings>>

**Brian Hudak**
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
(202) 514-7143

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 2/6/2008 at 11:04 AM EDT and filed on 2/6/2008
Case Name:      NIELSEN v. JOHANNS
Case Number:    1:07-cv-1610
Filer:
Document Number: No document attached

Docket Text:
**Reset Hearings: Status Conference currently scheduled for 2/15/08 is VACATED and rescheduled for 2/21/2008 @ 11:45 AM in Courtroom 27A before Judge Henry H. Kennedy. (tj )**