UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERIK V. NIELSEN,**<br><br>         **Plaintiff,**<br><br>    v.<br><br>**MIKE JOHANNS,**<br>         **Defendant.** | Civil Action 07-01610 (HHK) |

## ORDER

Before the court is plaintiff's motion to appear telephonically at the February 21, 2008 status conference [#7]. It is this 15th day of February 2008 hereby

**ORDERED** that plaintiff's motion is **GRANTED**. Plaintiff shall be allowed to appear telephonically.

                                                                                    Henry H. Kennedy, Jr.
                                                                                    United States District Judge