UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

----------------------------------------------------)
)
FREDERICK NIELSEN,                                   )
)
      *Plaintiff,*                                )  Case No.: 1:07-cv-01610 (HHK)
)
ED SCHAFER, Secretary                                )
US Department of Agriculture,                        )
)
      *Defendant.*                                )
)
----------------------------------------------------)

### ORDER DIRECTING CLERK TO ACCEPT FOR FILING AND CONSIDERATION MOTION FOR ADMISSION *PRO HAC VICE* BY ALEXANDER O AKPODIETE

**THIS** matter came before this Court on request by Alexander Akpodiete, to file by paper his Motion for Admission *Pro Hac Vice*, for consideration by this Court, without the need for an affidavit from local counsel,

It is **HEREBY ORDERED** and **ADJUDGED** as follows: The clerk is hereby directed to accept for filing a Motion for Admission *Pro Hac Vice* by Mr. Akpodiete and enter it in the docket for the Court to consider.

**DONE** and **ORRDERED,** in chambers, in Washington, D.C, this 19th day of March, 2008.

_____
The Honorable Judge Henry H. Kennedy, Jr.

Brian P. Hudak, Esq.
Alex O. Akpodiete. JD
Plaintiff Frederick Nielsen