UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDERICK NIELSEN,

*Plaintiff,*

Case No.: 1:07-cv-01610 (HHK)

ED SCHAFER, Secretary
US Department of Agriculture,

*Defendant.*

**RECEIVED**

APR - 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RENEWED MOTION FOR ADMISSION *PRO HAC VICE* BY ALEXANDER O AKPODIETE WITH ENCLOSED LEGAL ARGUMENT

Comes now, Alexander Akpodiete, and moves the Court for admission Pro Hac Vice and states the following in support thereof

1.  Undersigned was admitted to the Florida Bar in 1994 and thereafter to several US District Courts and the 11th Circuit Court of Appeals. Attached hereto is a copy of Plaintiff's bar card. Upon information and belief, undersigned is still a member in good standing of the Southern Districts of Florida, although he has no cases currently pending before that court.

2.  His practiced consisted mainly of employment discrimination and he obtained numerous jury verdicts in Federal Court.

3.  He represented Plaintiff in the Middle District and filed the Motion changing the venue to the instant court.

4.  However, late last year, he had a problem with the Florida Bar, wherein he was suspended indefinitely, until he pays approximately $11,000. The Bar of course will want me to protect my existing client's interests.

*Leave to file GRANTED*
*[signature] Henry H. Kennedy, Jr.*
*United States District Judge*

5.  Unfortunately, he had partially retired to focus on ministry matters and wanted to just conclude his pending cases including the case **sub judice**.

6.  He is still trying to raise the funds to pay the money, but it will take some time.

7.  He strongly believes in the strength of Plaintiff's case and is well equipped to handle this matter.

8.  So as to avoid prejudice to Plaintiff, he respectfully requests that this Court admit him *pro hac vice* to finish this case. Additionally, Plaintiff cannot afford to retain another attorney. Additionally, pursuant to LCvR 83.2(g), Plaintiff has been declared indigent (*in forma Pauperis*), and as such undersigned may be eligible to represent him. There will be no compensation for this representation.

9.  He had already informed opposing counsel that he will be filing a motion for admission *pro hac vice*. Undersigned has never filed any previous motion for admission before this court, but he has read and is familiar with this Court's local rules.

## CERTIFICATE OF NO COMPENSATION

10. Undersigned certifies that he will not be compensated for this representation before this Court, as required by the local rules.

## LEGAL ARGUMENT

11. LCvR 83.2 © and (d) cover requirements for practice of non-members of the Bar of this Court. It list, *inter alia*, requirement of retaining local counsel. However, the rules now distinguish these rules for paid counsel with the requirement for counsel not compensated by stating:

> "Notwithstanding © and (d) above, an attorney who is a member
> in good standing of the District of Columbia Bar or who is a member in

good standing of the bar of any United States Court or of the highest court of any State may appear, file papers and practice in any case handled without a fee on behalf of indigents upon filing a certificate that the attorney is providing representation without compensation." LCvR 83.2 (g)

Clearly the rules will not make this distinction, if it was intended that © and (d) also apply to indigents. Plaintiff and undersigned meet the requirements.

**WHEREFORE,** Undersigned respectfully requests that he be admitted pro *hac vice* to complete his representation of indigent Plaintiff, along with any other relief equitable that this Court deems just and equitable.

Respectfully Submitted,

Alexander O. Akpodiete
ATAWA ASSOCIATES LLC
165 Courtland Street, Suite A-315
Atlanta, Georgia 30303
1-404-474-4720  915-6023
1-813-965-8988
E-mail: alexakpodiete@gmail.com

## CERTIFICATE OF SERVICE

*I hereby* certify that on **Monday, March 24, 2008** I served a true and correct copy of the foregoing to Brian P. Hudak, Esq., Assistant United States Attorney, Civil Division, 555 4th Street, NW, Washington, DC 20530; and Plaintiff Frederick Nielsen, 215 W. Grand Central Avenue, #414, Tampa, FL 33606-1951.

Alexander O. Akpodiete

# Supreme Court of Florida

TUESDAY, OCTOBER 23, 2007

CASE NO.: SC07-1505
Lower Tribunal No(s).: 2008-90,034(OSC)

| THE FLORIDA BAR | vs. | ALEXANDER OSONDU AKPODIETE |
|---|---|---|
| Complainant(s) | | Respondent(s) |

This is before the Court on The Florida Bar's Petition for Contempt and Order to Show Cause.

The Court having issued its Order to Show Cause to respondent and respondent having filed a response to said Order to Show Cause which was stricken by this Court's Order dated September 21, 2007,

IT IS ORDERED that respondent is held in contempt of this Court. As a sanction, respondent is placed on an indefinite period of suspension effective thirty days from the date of this order so that respondent can close out his practice and protect the interests of existing clients. If respondent notifies this Court in writing that he is no longer practicing and does not need the thirty days to protect existing clients, this Court will enter an order making the suspension effective immediately. Respondent shall accept no new business from the date this order is filed until he is reinstated. Once the suspension takes effect, respondent shall remain suspended until further order of the Court.

Judgment is entered for The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2300, for recovery of costs from Alexander Osondu Akpodiete in the amount of $1,250.00, for which sum let execution issue.

Case No. SC07-1505
Page Two

Not final until time expires to file motion for rehearing, and if filed, determined. <u>The filing of a motion for rehearing shall not alter the effective date of this suspension</u>.

LEWIS, C.J., and WELLS, ANSTEAD, PARIENTE, QUINCE, CANTERO, and BELL, JJ., concur.

A True Copy
Test:

Thomas D. Hall
Clerk, Supreme Court

cic
Served:

KENNETH LAWRENCE MARVIN
WILLIAM MULLIGAN
ALEXANDER OSONDU AKPODIETE

*let this be filed*
*Henry Kennedy*
*4/18/08*

# Florida Supreme Court Case Docket

## Case Number: SC07-1505 - Closed

### THE FLORIDA BAR vs. ALEXANDER OSONDU AKPODIETE

Lower Tribunal Case(s): 2008-90,034(OSC)

04/18/2008 10:33

| Date Docketed | Description | Filed By | Notes |
|---|---|---|---|
| 08/10/2007 | PETITION-ORDER TO SHOW CAUSE | PT The Florida Bar FB BY: PT William Mulligan 956880 | THE FLORIDA BAR'S PETITION FOR CONTEMPT AND ORDER TO SHOW CAUSE (W/ATTACHMENTS) |
| 08/13/2007 | No Fee Required | | |
| 08/13/2007 | ORDER-SHOW CAUSE (FLA BAR CONTEMPT) | | The Florida Bar having filed its Petition for Contempt and Order to Show Cause, this is to command you, Alexander Osondu Akpodiete, to show cause on or before August 28, 2007, why you should not be held in contempt of this Court and receive an indefinite suspension and assessed costs in the amount of $1,250.00 to The Florida Bar for the reasons set forth in The Florida Bar's Petition. The Florida Bar may serve its reply on or before September 7, 2007. |
| 09/07/2007 | ACCEPTANCE OF SERVICE | | BY: PE Alexander Osondu Akpodiete 17728 |
| 09/07/2007 | RESPONSE | PE Alexander Osondu Akpodiete 17728 BY: PE Alexander Osondu Akpodiete 17728 | TO OTSC DATED 08/13/07 (W/ATTACHMENTS) (SERVED 9 DAYS LATE) (STRICKEN, SEE ORDER DATED 09/21/07) |
| 09/18/2007 | MOTION-ACCEPTANCE AS TIMELY FILED (RESPONSE/REPLY) | PE Alexander Osondu Akpodiete 17728 BY: PE Alexander Osondu Akpodiete 17728 | FILED AS "MOTION TO ALLOW CONSIDERATION OF RESPONSE TO ORDER TO SHOW CAUSE" (W/ATTACHMENTS) |
| 09/18/2007 | RESPONSE | Kenneth Lawrence Marvin 200999 | FILED AS "THE FLORIDA BAR'S |

| | | BY: Kenneth Lawrence Marvin 200999 | OBJECTION TO ACCEPTANCE OF RESPONDENT'S EMERGENCY RESPONSE AS TIMELY FILED AND THE FLORIDA BAR'S REPLY TO EMERGENCY RESPONSE TO ORDER TO SHOW CAUSE AND OPPOSITION TO PETITION FOR CONTEMPT" (W/ATTACHMENT) (REPLY TO RESPONSE STRICKEN, SEE ORDER DATED 09/21/07) |
|---|---|---|---|
| 09/18/2007 | AFFIDAVIT/STATEMENT OF COSTS | | BY: GN Kenneth Lawrence Marvin 200999 |
| 09/21/2007 | ORDER-ACCEPTANCE AS TIMELY FILED DY (RESP/REPLY) | | Upon consideration of "Respondent's Motion to Allow Consideration of Response to Order to Show Cause", and "The Florida Bar's Objection to Acceptance of Respondent's Emergency Response as Timely Filed and The Florida Bar's Reply to Emergency Response to Order to Show Cause and Opposition to Petition for Contempt", it is ordered that respondent's motion is hereby denied and the response filed with this Court on September 7, 2007, is hereby stricken. Furthermore, petitioner's reply to response filed with this Court on September 18, 2007, is hereby stricken. |
| 10/23/2007 | DISP-SUSPENDED (PETITION OTSC-CLOSE-OUT)) | | This is before the Court on The Florida Bar's Petition for Contempt and Order to Show Cause. The Court having issued its Order to Show Cause to respondent and respondent having filed a response to said Order to Show Cause which was stricken by this Court's Order dated September 21, 2007, IT IS ORDERED that respondent is held in contempt of this Court. As a sanction, respondent is placed on an indefinite period of suspension effective thirty days from the date of this order so that respondent can close out his practice and protect the interests of existing clients. If respondent notifies this Court in writing that he is no longer practicing and does not need the thirty days to protect existing clients, this Court will enter an order making the suspension effective immediately. Respondent shall accept no new business from the date this order is filed until he is reinstated. Once the suspension takes effect, respondent shall remain suspended until further order of the Court. Judgment is entered for The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2300, for recovery of costs from Alexander Osondu Akpodiete in the amount of $1,250.00, for which sum let execution issue. Not final until time expires to file motion for rehearing, and if filed, determined. The filing of a motion for rehearing shall not alter the effective |

| | | | |
|---|---|---|---|
| | | | date of this suspension. |
| 04/15/2008 | RECORD CENTER | | C00000200726 |

*Let this be filed*
*Henry [signature]*
*4/18/08*

# Florida Supreme Court Case Docket

## Case Number: SC07-1193 - Closed

### THE FLORIDA BAR vs. ALEXANDER OSONDU AKPODIETE

Lower Tribunal Case(s): 2007-10,458(13A)

04/18/2008 10:35

| Date Docketed | Description | Filed By | Notes |
|---|---|---|---|
| 06/27/2007 | COMPLAINT | CO The Florida Bar FB BY: CO Karen Boroughs Lopez 444553 | (O&1) |
| 06/27/2007 | No Fee Required | | |
| 06/28/2007 | ORDER-REFEREE APPOINTMENT (DISCIPLINARY) | | HON. JOSEPH P. FARINA, C.J., 11TH JUDICIAL CIRCUIT (TERMINATED - SEE ORDER DATED 08/23/07) |
| 07/16/2007 | REFEREE APPOINTED | | HON. KAREN MILLS-FRANCIS, 11TH JUDICIAL CIRCUIT (CASE RE-ASSIGNED TO 13TH CIRCUIT) |
| 08/21/2007 | MOTION-VENUE CHANGE | CO The Florida Bar FB BY: CO Karen Boroughs Lopez 444553 | |
| 08/23/2007 | ORDER-VENUE CHANGE GR | | The Florida Bar's motion for change of venue is hereby granted. |
| 08/23/2007 | ORDER-REFEREE APPOINTMENT VACATED/TERMINATED | | TERMINATING ORDER DATED 06/28/07 |
| 08/23/2007 | ORDER-REFEREE APPOINTMENT (DISCIPLINARY) | | HON. MANUEL MENENDEZ, JR., C.J., 13TH JUDICIAL CIRCUIT |
| 09/04/2007 | REFEREE APPOINTED | | DATED 08/29/07, HON. WALTER R. HEINRICH, 13TH JUDICIAL CIRCUIT |
| 09/10/2007 | ANSWER | PE Alexander Osondu Akpodiete 17728 BY: PE Alexander Osondu Akpodiete 17728 | TO COMPLAINT (09/11/07, SENT TO REFEREE) |
| 01/28/2008 | REFEREES REPORT | | W/MISC. PLEADINGS & E-MAIL |

| | | | |
|---|---|---|---|
| 01/28/2008 | AFFIDAVIT/STATEMENT OF COSTS | | |
| 02/15/2008 | LETTER-FLA BAR (WILL NOT PETITION FOR REVIEW) | Kenneth Lawrence Marvin 200999 BY: Kenneth Lawrence Marvin 200999 | DATED 02/14/08 |
| 04/10/2008 | DISP-PUBLIC REPRIMAND (BD GOV) | | AND COSTS IN THE AMOUNT OF $1,589.80 |

*Let this be filed*
*Henry Kennedy*
*4/18/08*

# Florida Supreme Court Case Docket

## Case Number: SC07-2170 - Active

### THE FLORIDA BAR vs. ALEXANDER OSONDU AKPODIETE

Lower Tribunal Case(s): 2006-11,712(13A)

04/18/2008 10:37

| Date Docketed | Description | Filed By | Notes |
|---|---|---|---|
| 11/19/2007 | COMPLAINT | CO The Florida Bar FB BY: CO Karen Boroughs Lopez 444553 | (O&1) (AMENDED COMPLAINT FILED 12/26/07) |
| 11/21/2007 | No Fee Required | | |
| 11/21/2007 | ORDER-REFEREE APPOINTMENT (DISCIPLINARY) | | HON. MANUEL MENENDEZ, JR., C.J., 13TH JUDICIAL CIRCUIT |
| 11/29/2007 | REFEREE APPOINTED | | DATED 11/26/07, HON. WALTER R. HEINRICH, 13TH JUDICIAL CIRCUIT |
| 12/26/2007 | PETITION-AMENDMENT/SUPPLEMENT | CO The Florida Bar FB BY: CO Karen Boroughs Lopez 444553 | FILED AS FIRST AMENDED COMPLAINT TO CORRECT STYLE OF CASE (COPY) |
| 12/26/2007 | ORDER-CASE STYLE CHANGE | | The style of the above case has been changed from The Florida Bar vs. Alexander O. Akpodiete to The Florida Bar vs. Alexander Osondu Akpodiete. |
| 03/27/2008 | REFEREES REPORT | | W/MISC. PLEADINGS & E-MAIL |
| 03/27/2008 | AFFIDAVIT/STATEMENT OF COSTS | | |

