UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERIK V. NIELSEN,<br><br>               Plaintiff,<br><br>    v.<br><br>MIKE JOHANNS,<br><br>               Defendant. | Civil Action 07-01610 (HHK) |

**ORDER**

It is this 7th day of May 2008, hereby

**ORDERED** that, if Alexander Osondu Akpodiete wishes to supplement his motion for admission *pro hac vice* by addressing the issues raised at the status conference held on April 18, 2008, such supplementation shall be filed no later than May 21, 2008; and it is further

**ORDERED** that the clerk of the court shall accept and file any submission by Alexander Osondu Akpodiete to supplement his motion.

                                                                                                                                                            Henry H. Kennedy, Jr.
                                                                                                                                                             United States District Judge