RECEIVED
MAY - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**FREDERICK NIELSEN,**
*Plaintiff,*

-against-

**ED SCHAFER,** Secretary
US Department of Agriculture,
*Defendant.*

---

Case No: 1:07-cv-01610 (HHK)

**Motion for Full Disclosure**

I, Frederick Nielsen, am the plaintiff in the case listed above. I have already been approved to proceed *in forma pauperis* (IFP). I respectfully move for this Court to provide me with an official copy of the transcript of the April 18, 2008 conference held with my attorney, (Mr. Akpodiete, regarding his *pro hac vice* motion), without payment of fees. I submit that the Court has an obligation to fully disclose the minutes of that conference. I further move that all future conferences held allow me to participate via telephone, where practical, in deference to my IFP status.

This motion, which seems unnecessary to me, is caused by the attached exchange of emails between Ms. Johnson and me, which are self explanatory. Furthermore, my attorney's application seems to have turned into an adversarial relationship and an issue unto itself with the Court.

The reasons why I am entitled to a free copy of the transcript are that I should have not been excluded from the conference in the first place, given that I am the plaintiff. Ms. Johnson's 4-24-08 email actually sent it to me as an attachment, which I was unable to download. Now, she is reversing herself and refusing to provide it to me without cost. Another reason I should not have to pay a fee is due to my IFP status,

pursuant to 28 U.S.C. ss 1915, which authorized the prosecution of any suit, without prepayment of fees and costs, etc.

In addition, I object to Ms. Johnson's refusal to send Mr. Akpodiete copies of all related correspondence pending the resolution of his application for admission. People I have spoken with have told me that these situations are routinely handled by the Court as a courtesy to either party, without fanfare, or the need for motions. This reinforces my view that our reasonable requests (including resistance to my attorney's application for admission) have become adversarial and does not give even the appearance of impartiality. I affirm, under the penalty of perjury, that the foregoing statement is true and correct to the best of my knowledge. Thank you for your time, consideration and indulgence.

Respectfully submitted!

*Frederick Nielsen*
Frederick Nielsen,
Plaintiff

## Certificate of Service

I, Frederick V. Nielsen, am the plaintiff in the above entitled matter. I affirm under the penalty of perjury that on Wednesday, **April 30, 2008**, I have served a true and correct copy of the foregoing, upon Brian P. Hudak, Esq., Assistant United States Attorney, Civil Division, 555 4th Street, NW, Washington, DC 20530 and upon my attorney, Alexander O. Akpodiete, ATAWA ASSOCIATES LLC 165 Courtland Street, Suite A-315 Atlanta, GA 30303.

*Frederick V. Nielsen*
Frederick V. Nielsen,
Plaintiff

[Print Message]                                                    [Close this window]

**From** Tanya_Johnson@dcd.uscourts.gov
**Date** 2008/04/28 Mon AM 11:29:20 CDT
**To** nielsenassoc@verizon.net
**Subject** Re: Re: Fw: Nielsen vs. Johanns

Mr. Nielsen,

If you feel that you are entitled to a free copy of the transcript (based
on your pro se status) , please send a motion to Judge Kennedy for review.
In addition, if you wish to appear by phone (pro se) in the future, you
must also submit a motion for review.   With regard to Mr. Akpodiete's
application, I will not be able to discuss this matter with you any
further. I can only advise you that his motion is still under review.

Tanya Johnson
Courtroom Deputy to the Hon. Henry H. Kennedy, Jr.


|  |  |
|---|---|
| <nielsenassoc@verizon.net> | |
| 04/28/2008 11:56 AM | To Tanya_Johnson@dcd.uscourts.gov |
| | cc alexakpodiete@gmail.com |
| | Subject Re: Re: Fw: Nielsen vs. Johanns |


Ms. Johnson:

I don't believe that I should be required to pay a fee for the transcript
for two reasons. I should not have been excluded from that conference in
the first place, inasmuch as I am the plaintiff and directly affected by
the outcome. Moreover, how could the defendant's counsel be allowed to
participate, without me being there? Inasmuch as I have already been
approved to proceed in forma pauperis, I understand that means that I am
entitled to proceed without the payment of court fees and costs. Please
advise me.

Until such time as the issue of my attorney's application for admission is
resolved, please send him copies of all related correspondence that is
addressed to me. How does his application seem to turn into an adversarial
relationship with the Court?

Respectfully,

Frederick Nielsen,
plaintiff

From: Tanya_Johnson@dcd.uscourts.gov
Date: 2008/04/28 Mon AM 09:11:08 CDT
To: nielsenassoc@verizon.net
Subject: Re: Fw: Nielsen vs. Johanns

Mr. Nielsen,

Thank you for the response. With regard to the minutes of the status conference held on 4/18/08, they are complete and accurate to my knowledge. If you are interested in receiving a copy of the transcript (for a fee), please contact Ms. Annie Shaw (202) 354-3242. Based upon Mr. Akpodiete's pending disciplinary matters in the state of Florida, Mr. Akpodiete's pro hac vice motion is still being considered.

Tanya Johnson
Courtroom Deputy to the Hon. Henry H. Kennedy, Jr.


```
           <nielsenassoc@ver
           izon.net>
                                        To
           04/25/2008 08:45    Tanya_Johnson@dcd.uscourts.gov
           PM                           cc
                               alexakpodiete@gmail.com
                                     Subject
                            Re: Fw: Nielsen vs. Johanns
```

Dear Ms. Johnson:
Thank you for the minutes. I shared them with Mr. Akkpodiete and he informed me that they are not correct. Which reminds me that I should have been included in that conference. Consequently, I have no personal means for identifying the accuracy of those minutes. Nevertheless, please check again and send or resend the official version of those minutes. As a courtesy and until such time as his application for pro hac vice status is resolved, would you please send him a copy of ALL correspondence sent to me.

This process is very stressful upon me. People who I have spoken with have told me that such motions are normally and routinely dispatched without much fanfare. This is unfair to me to have to wait this long to get a final disposition. I plan to communicate that to Judge Kennedy, but wanted to share this with you, to the extent you could do anything to facilitate his motion. Thank you.
Respectfully,
Frederick Nielsen,
Plaintiff

From: Tanya_Johnson@dcd.uscourts.gov
Date: 2008/04/24 Thu PM 01:58:43 CDT
To: nielsenassoc@verizon.net
Subject: Fw: Nielsen vs. Johanns

Mr. Nielsen,

I apologize for sending you the wrong attachment in my last e-mail. I have attached the corret document below.

Tanya Johnson
Courtroom Deputy to the Hon. Henry H. Kennedy, Jr.

(See attached file: Nielsen vs. Johanns.pdf)


----- Forwarded by Tanya Johnson/DCD/DC/USCOURTS on 04/24/2008 02:56 PM -----

| | | |
|---|---|---|
| Tanya Johnson/DCD/DC/USCOURTS<br>04/24/2008 02:55 PM | To<br>cc<br>Subject | nielsenassoc@verizon.net<br><br>Nielsen vs. Johanns |

Mr.Nielsen,

As per our conversation, attached is a minute entry of the proceeding held on April 18. Please note the new scheduling conference date.

(See attached file: Nielsen vs. Johanns.pdf)