UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERIK V. NIELSEN,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**MIKE JOHANNS,**<br><br>        **Defendant.** | Civil Action 07-01610 (HHK) |

**ORDER**

It is this 27th day of May 2008, hereby

**ORDERED** that Alexander Osondu Akpodiete's motion for admission *pro hac vice* [#11] is **DENIED.**

                                                              Henry H. Kennedy, Jr.
                                                              United States District Judge