UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK NIELSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07-1610 (HHK) |
| | ) |
| MIKE JOHANNS, Secretary, | ) |
| U.S. Department of Agriculture, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF PLAINTIFF'S CONTINUANCE MOTION

By and through its undersigned counsel, Defendant files this notice to inform the Court of Plaintiff's Motion for a Continuance ("Motion") of the conference with the Court scheduled for Monday, June 2, 2008, at 11 a.m. Plaintiff has informed undersigned counsel that he has sent his Motion, which is attached hereto, to the Court by regular mail. Because Plaintiff does not have CM/ECF access and due to the delays associated with regular mail filings, for the convenience of the parties and the Court and in the interests of justice, Defendant submits this Notice and attaches Plaintiff's Motion, which Plaintiff sent to undersigned counsel via email earlier today. As noted in Plaintiff's Motion, Defendant consents to the Motion, which seeks a 30 day continuance of the aforementioned conference.

Dated: May 29, 2008
       Washington, D.C.

Respectfully submitted,

_____

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


             /s/
_____

BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2008, a true and correct copy of the above

Notice of Plaintiff's Continuance Motion, was served upon *pro se* Plaintiff Frederick Nielsen by

first class United States mail, postage prepaid, to:

Frederick Nielsen
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951

and by PDF-email to: nielsenassoc@verizon.net.

Respectfully submitted,

  /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------

FREDERICK NIELSEN,
                Plaintiff,


      -against-                              Case No. 1-07-cv-01610 (HHK)


ED SCHAFER, Secretary                     **Motion for Continuance**
U.S. Department of Agriculture,
                   Defendant.


----------------------------------------------------

      I, Frederick Nielsen, am the plaintiff in the matter listed above.  I have been advised that there is a Court or Status Conference scheduled for June 2, 2008 in Washington DC. I respectfully move for a continuance of that conference for thirty (30) days. By email dated 2/28/08, Brian Hudak, counsel for defendant, gave me the date of the conference and informed me that he "would be happy to consent" to my motion. He did not consent to a specific length of time. This is my first request for a continuance.

      My reasons for this request are that I just learned through Mr. Hudak that the Court had denied Mr. Akpodiete's *pro hac vice* motion. I have not had adequate time to confer with counselor Akpodiete to learn the status of his discussions with Mr. Hudak and his evaluation on the status of my case. I affirm, under the penalty of perjury, that the foregoing statement is true and correct to the best of my knowledge.

      Respectfully submitted,


      _____/s/_____
      Frederick Nielsen,
      Plaintiff

## <u>Certificate of Service</u>

I, Frederick V. Nielsen, am the plaintiff in the above entitled matter. I affirm under the

penalty of perjury that on Thursday, **May 29, 2008**, I have served a true a true and correct

copy of the foregoing, upon Brian P. Hudak, Esq. Assistant United States Attorney, Civil

Division, 555 4th Street, NW, Washington, DC 20530 and via email @

Brian.Hudak@usdoj.gov and upon my attorney, Alexander O. Akpodiete, ATAWA

Associates LLC 165 Courtland Street, Suite A-315 Atlanta, GA 30303.


_____/s/_____
Frederick V. Nielsen,
Plaintiff
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620