UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**FREDERICK NIELSEN,**
        Plaintiff,

-against-

**ED SCHAFER,** Secretary
U.S. Department of Agriculture,
        Defendant.

Case No. 1-07-cv-01610 (HHK)

**Motion for Continuance**

---

I, Frederick Nielsen, am the plaintiff in the matter listed above. I have been advised that there is a Court or Status Conference scheduled for June 2, 2008 in Washington DC. I respectfully move for a continuance of that conference for thirty (30) days. By email dated 2/28/08, Brian Hudak, counsel for defendant, gave me the date of the conference and informed me that he "would be happy to consent" to my motion. He did not consent to a specific length of time. This is my first request for a continuance.

My reasons for this request are that I just learned through Mr. Hudak that the Court had denied Mr. Akpodiete's *pro hac vice* motion. I have not had adequate time to confer with counselor Akpodiete to learn the status of his discussions with Mr. Hudak and his evaluation on the status of my case. I affirm, under the penalty of perjury, that the foregoing statement is true and correct to the best of my knowledge.

    Respectfully submitted,

    */s/ Frederick Nielsen*
    Frederick Nielsen,
    Plaintiff

## Certificate of Service

I, Frederick V. Nielsen, am the plaintiff in the above entitled matter. I affirm under the penalty of perjury that on Thursday, **May 29, 2008**, I have served a true a true and correct copy of the foregoing, upon Brian P. Hudak, Esq. Assistant United States Attorney, Civil Division, 555 4th Street, NW, Washington, DC 20530 and via email @ Brian.Hudak@usdoj.gov and upon my attorney, Alexander O. Akpodiete, ATAWA Associates LLC 165 Courtland Street, Suite A-315 Atlanta, GA 30303.

/s/ Frederick V. Nielsen
Frederick V. Nielsen,
Plaintiff
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620