UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

FREDERICK NIELSEN,
            Plaintiff,

-against-                          Case No. 1-07-cv-01610 (HHK)

ED SCHAFER, Secretary         **Motion For Reassignment or**
U.S. Department of Agriculture,   **Recusal**
            Defendant.

---

    I, Frederick Nielsen, am the plaintiff, proceeding *in forma pauperis* (IFP) and currently proceeding *pro se*, in the matter listed above. Pursuant to the applicable rules of the court, I hereby move for the Reassignment or Recusal of USDJ Henry H. Kennedy, Jr. from this case.

### History of Events

    This an employment discrimination failure to hire Title VII and ADEA complaint that was filed 01/17/06 in the US District Court, Middle District of Florida, Tampa Division (case# 8:06-cv-094-T-17). My application to proceed *in forma pauperis* (IFP) was approved. Several months later, I was able to retain Alexander O. Akpodiete Esq. to represent me. During the course of litigation, we made a request for a change of venue to the US District Court for the District of Columbia, which was granted. The case was transferred and filed 9/11/2007, assigned to Judge Kennedy. Prior to the time of the first status conference, my attorney unsuccessfully attempted to file a Motion for Admission *pro hac vice* on 2/9/2008. At the Status Conference of 02/21/2008, my counselor jointly appeared telephonically with me. Brian Hudak, Asst. US Attorney represented the defendant and Judge Kennedy was present. After several exchanges, Mr. Akpodiete was

able to file his application for admission. The next Status Conference on 04/18/2008 was with my attorney, Mr. Hudak and the judge regarding the *pro hac vice* application. I was not included. My counselor told me that Judge Kennedy referred to some papers Hudak gave him from the Florida Bar regarding Akpodiete's standing. The Court later issued an Order dated 05/27/2008 that denied his *pro hac vice* admission. It is my understanding from Mr. Akpodiete that the Judge was going to wait six weeks after the last hearing before ruling on the *pro hac vice* motion. We were both surprised to receive a subsequent Order requiring him to respond by May 21, 2008.

<u>The reasons for my request are as follows:</u>

Judge Kennedy: a) wrongfully excluded me from the 4/18/08 status conference re my attorney's motion for admission pro hac vice. As the plaintiff, I should not have been excluded. b) permitted Hudak to be present. He had no right to be there. This issue had no relevance to the merits of my case and was between my counsel and the Court. c) improperly accepted documents from Hudak, **without formal motion** or copy to Akpodiete or myself, in opposition to his admission; d) ignored my 4/30/08 Motion for Full Disclosure that requested the minutes of the transcript of the 4/18/08 conference; and e) issued a 5/27/08 Order to deny the pro hac vice motion, **without stated reasons**; and f) failed to provide me with copies of all Orders issued. I am indigent, reside in Florida and do not readily have access to the Court records.

Judge Kennedy's failure to state his reasons denying Akpodiete's application is not only an abuse of his discretion (where he did or could not justify his order), but the effect of his Order deprives me of my due process right to be represented by counsel. The unsolicited papers submitted by Hudak suggest engagement in *ex parte* communications.

Furthermore, it appears to be a violation of Title 18, U.S.C. Sections 241 & 242: Conspiracy Against Rights and Deprivation of Rights under Color of Law.

Moreover, inasmuch as Mr. Akpodiete was never accepted as my attorney in this court, I should have been included in all discussions pertaining to his application and I should have received copies of all of the Courts Orders directly from the Court in this matter. Instead, some orders were transmitted to me by **defendant** via email and my requests for the minutes of the conferences, via email and motion, were in effect denied.

For all the reasons listed above, I respectfully request the Court remove Judge Kennedy from this case and reassign another judge to it. I ask the Court to direct the Clerk of the Court to remove the documents that were improperly received and entered into the docket to prevent possible prejudice from the replacement judge. I further request the Court to Order the Clerk to provide me with a contemporary copy of the docket and all existing and future submissions. I affirm, under penalty of perjury, that information stated above is true and correct to the best of my knowledge. I would provide copies of corroborating emails and other submissions upon request.

                                              Respectfully Submitted,

Dated: June 6, 2008
       Hillsborough County, FL

*Frederick Nielsen*

Frederick V. Nielsen,
Plaintiff, Pro Se
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620

## Certificate of Service

I, Frederick V. Nielsen, am the plaintiff in the above entitled matter. I affirm under the penalty of perjury that on **June 6, 2008**, I have served a true a true and correct copy of the foregoing and my Application to Proceed Without Prepayment of Fees and Affidavit (*in forma pauperis,*) upon Brian P. Hudak, Esq. Assistant United States Attorney, Civil Division, 555 4th Street, NW, Washington, DC 20530 via USPS and upon my attorney, Alexander O. Akpodiete, ATAWA Associates LLC 165 Courtland Street, Suite A-315 Atlanta, GA 30303.

*Frederick Nielsen*
Frederick Nielsen,
Plaintiff
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620

To:
Royce C. Lamberth, Chief Judge
US District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

Clerk of the Court,
US District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

✓Clerk of Court, U.S. Court of Appeals
For the District of Columbia
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, D.C. 20001

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

FREDERICK NIELSEN
Plaintiff

V.

ED SCHAFER, SECRETARY,
U.S. DEPT. OF AGRICULTURE
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07-CV-1610 (HHK)

I, FREDERICK NIELSEN , declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 8-19-02 — 11/19/02
   Pius XII Youth + Family Services
   188 W. 230 St. Bronx, NY 10463    $5,641.92 total for 3 month period

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends            ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments  ☒ Yes    ☐ No
   d. Disability or workers compensation payments     ☐ Yes    ☒ No
   e. Gifts or inheritances                           ☐ Yes    ☒ No
   f. Any other sources  Social Security              ☒ Yes    ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I receive $109 monthly for TIAA-CREF annuity.
I receive $848 monthly for Social Security benefits.

4. Do you have **any** cash or checking or savings accounts?  ☑ Yes  ☐ No

   If "Yes," state the total amount.  $1,500

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.

June 6, 2008                    Frederick Nielsen
_____             _____
Date                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.