UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK NIELSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ED SCHAFER, Secretary, )<br>U.S. Department of Agriculture, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-1610 (HHK) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTIONS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Ed Schafer, Secretary, U.S. Department of Agriculture ("Agency"), by and through undersigned counsel, respectfully moves for an extension of time to respond to Plaintiff's Motion for Reassignment or Recusal ("Recusal Motion") and Plaintiff's Motion to Compel. Specifically, Defendant seeks to extend his time to respond to such motions until July 3, 2008. Defendant contacted *pro se* Plaintiff and learned that Plaintiff consents to Defendant's request for an extension of time to respond to his Motion to Compel. Defendant further learned that Plaintiff does not oppose Defendant's request for an extension of time to respond to his Recusal Motion, but does not concede that Defendant has a right to respond to such motion. The grounds for this Motion are as follows.

This case is an employment discrimination case purportedly brought under Title VII, the ADEA, and the Veterans Employment Opportunities Act. In sum, Plaintiff alleges that in late-2001, he was denied selection for a position as a Labor Relations Specialist at the Farm Service Agency located in Washington, D.C. due to unlawful discrimination and/or retaliation. On June

13, 2008, the Court docketed Plaintiff's Recusal Motion. On June 18, 2008, the Court docketed Plaintiff's Motion to Compel.

Due to delays associated with the security screening of defense counsel's mail, undersigned counsel did not receive a copy of Plaintiff's Motions until shortly before they were docketed by the Court. Although defense counsel has contacted Agency counsel and has been diligently working to review Plaintiff's motions, due to matters and deadlines in other actions, Defendant has been unable to formulate appropriate responses to Plaintiff's motions. Accordingly, Defendant seeks a brief extension of time to respond to such motions and file proper responses.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for a continuance of these deadlines. Allowing Defendant a reasonable amount of additional time to formulate responses to Plaintiff's motions serves the interests of the parties and this Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that his time to respond to Plaintiff's motions be extended to and including July 3, 2008.

Dated: June 20, 2008
Washington, D.C.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

- 2 -

- 3 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK NIELSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, Secretary, )<br>U.S. Department of Agriculture, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-1610 (HHK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time to respond to Plaintiff's motions, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant's responses to Plaintiff's Recusal Motion and Motion to Compel shall be due on or before July 3, 2008.

SIGNED:

_____    _____
Date                                              HENRY H. KENNEDY, JR.
                                                       United States District Judge