UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| FREDERICK NIELSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1610 (HHK) |
| ) | |
| ED SCHAFER, Secretary, ) | |
| U.S. Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion to Compel, and Defendant's opposition thereto, it is hereby:

ORDERED that Plaintiff's Motion to Compel is DENIED.

7/7/08
Date

HENRY H. KENNEDY, JR.
United States District Judge