UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREDERICK NIELSEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIKE JOHANNS, Secretary, ) <br> U.S. Department of Agriculture, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 07-1610 (HHK) |

### NOTICE OF PLAINTIFF'S CONTINUANCE MOTION

By and through its undersigned counsel, Defendant files this notice to inform the Court of Plaintiff's second Motion for a Continuance ("Motion") of the conference with the Court scheduled for Monday, July 14, 2008, at 9:45 a.m., which also requests that Plaintiff be permitted to attend such status conference telephonically. Plaintiff has informed undersigned counsel that he is sending his Motion, which is attached hereto, to the Court by regular mail. Because Plaintiff does not have CM/ECF access and due to the delays associated with regular mail filings, for the convenience of the parties and the Court and in the interests of justice, Defendant submits this Notice and attaches a copy of Plaintiff's Motion that Plaintiff sent to undersigned counsel via email earlier today. As noted in Plaintiff's Motion, Defendant does not oppose Plaintiff's Motion.

Dated: July 10, 2008
      Washington, D.C.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR, D.C. BAR #498610
                                      United States Attorney

                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney

                                      /s/
                                      BRIAN P. HUDAK
                                      Assistant United States Attorney
                                      555 4th Street, NW
                                      Washington, DC 20530
                                      (202) 514-7143

                                      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2008, a true and correct copy of the above Notice of Plaintiff's Continuance Motion, was served upon *pro se* Plaintiff Frederick Nielsen by first class United States mail, postage prepaid, to:

> Frederick Nielsen
> 215 W. Grand Central Ave. #414
> Tampa, FL 33606-1951

and by PDF-email to: nielsenassoc@verizon.net.

> Respectfully submitted,
>
> /s/
> _____
> BRIAN P. HUDAK
> Assistant United States Attorney
> Civil Division
> 555 4th Street, NW
> Washington, DC 20530
> (202) 514-7143
> brian.hudak@usdoj.gov

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

--------------------------------------------------

FREDERICK NIELSEN,
                Plaintiff,

   -against-                                   Case No. 1-07-cv-01610 (HHK)

ED SCHAFER, Secretary
U.S. Department of Agriculture,
                Defendant.

--------------------------------------------------

**UNAPPOSED MOTION FOR CONTINUANCE**

      Pursuant to Rule 6(b)(1) of the Fed. R. Civ. P., Plaintiff respectfully moves for a continuance of the Status Conference Scheduled for July 14, 2008. And Plaintiff moves that when this Conference is rescheduled, he be permitted to attend via telephone or teleconferencing. The purpose for the continuance request is to allow time for Plaintiff's Motion for Reassignment, Application to Proceed without Prepayment of Fees (IFP), Motion for Full Disclosure and Motion to Compel to be resolved. The purpose for requesting to appear via telephone or teleconferencing is based upon my indigent status set forth in my Application, demonstrating that it would be a financial hardship to pay for the cost of transportation from Tampa, Florida to the Courthouse in Washington, DC.

      Plaintiff proposes the Status Conference be continued on August 14, 2008, or sometime thereafter. This is my second request for a continuance. I have consulted with counsel for Defendant and he does not oppose this motion. I affirm, under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge.

Dated: Hillsborough County, FL
       July 10, 2008

                                      _____/s/_____

                                      Frederick Nielsen,
                                      Plaintiff, Pro Se
                                      215 W. Grand Central Ave. #414
                                      Tampa, FL 33606-1951
                                      (813) 251-1620

## CERTIFICATE OF SERVICE

      I, Frederick Nielsen, am the plaintiff in the above entitled action. I affirm, under the penalty of perjury that on <u>July 10, 2008</u>, I have served a true and correct copy of the foregoing Motion for Continuance, upon Brian P. Hudak, Esq., Assistant United States Attorney, Civil Division, 555 4th Street, NW, Washington, DC 20530 via USPS and by email and upon Alexander O. Akpodiete, ATAWA Associates LLC 165 Courtland Street, Suite A-315, Atlanta, GA 30303.

                                      _____/s/_____

                                      Frederick Nielsen,
                                      Plaintiff, *pro se*
                                      2215 W. Grand Central Ave. #414
                                      Tampa, FL 33606-1951
                                      (813) 251-1620

To:
Clerk of the Court
US District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866