UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------

FREDERICK NIELSEN,
        Plaintiff,

-against-          Case No. 1-07-cv-01610 (HHK)

ED SCHAFER, Secretary
U.S. Department of Agriculture,
        Defendant.

-------------------------------------------------

## UNAPPOSED MOTION FOR CONTINUANCE

Pursuant to Rule 6(b)(1) of the Fed. R. Civ. P., Plaintiff respectfully moves for a continuance of the Status Conference Scheduled for July 14, 2008. And Plaintiff moves that when this Conference is rescheduled, he be permitted to attend via telephone or teleconferencing. The purpose for the continuance request is to allow time for Plaintiff's Motion for Reassignment, Application to Proceed without Prepayment of Fees (IFP), Motion for Full Disclosure and Motion to Compel to be resolved. The purpose for requesting to appear via telephone or teleconferencing is based upon my indigent status set forth in my Application, demonstrating that it would be a financial hardship to pay for the cost of transportation from Tampa, Florida to the Courthouse in Washington, DC.

Plaintiff proposes the Status Conference be continued on August 14, 2008, or sometime thereafter. This is my second request for a continuance. I have consulted with counsel for Defendant and he does not oppose this motion. I affirm, under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge.

**RECEIVED**

JUL 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated: Hillsborough County, FL
July 10, 2008

/s/ Frederick Nielsen

Frederick Nielsen,
Plaintiff, Pro Se
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620

## CERTIFICATE OF SERVICE

I, Frederick Nielsen, am the plaintiff in the above entitled action. I affirm, under the penalty of perjury that on July 10, 2008, I have served a true and correct copy of the foregoing Motion for Continuance, upon Brian P. Hudak, Esq., Assistant United States Attorney, Civil Division, 555 4th Street, NW, Washington, DC 20530 via USPS and by email and upon Alexander O. Akpodiete, ATAWA Associates LLC 165 Courtland Street, Suite A-315, Atlanta, GA 30303.

/s/ Frederick Nielsen

Frederick Nielsen,
Plaintiff, *pro se*
2215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620

To:
Clerk of the Court
US District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866