UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

FREDERICK NIELSEN,
        Plaintiff,

-against-     Case No. 1-07-cv-01610 (HHK)

ED SCHAFER, Secretary     **Supplemental Motion For**
U.S. Department of Agriculture,     **Reassignment or Recusal**
        Defendant

---

I, Frederick Nielsen, am the plaintiff, proceeding *in forma pauperis* (IFP) and currently proceeding *pro se*, in the matter listed above. Pursuant to the applicable rules of the court, I submit this Supplemental Motion for the Reassignment or Recusal of USDJ Henry H. Kennedy, Jr. from this case.

I submitted my Motion for Reassignment or Recusal on June 6, 2008. On June 11, 2008, I submitted a Motion to Compel the Production of Documents. Defendant obtained my consent and moved on June 20, 2008 for extension to time to submit his Response my Motion for Reassignment, which was granted. Counsel served that response to me on July 3, 2008. On July 8, 2008, Judge Kennedy issued an Order that Plaintiff's Motion to Compel is DENIED, **without stated reasons**, depriving me of adequate opportunity or time for rebuttal.

First, Judge Kennedy should have delayed his order, pending the resolution of my Motion for Reassignment and avoid the appearance of retaliation and impropriety. This was his second denial of motions favoring plaintiff, **without stated reasons**. His first denial of my counsel's *pro hac vice* application for admission, **without stated reasons**, also denied my right to procedural due process of law – the right to be represented by

**RECEIVED**

JUL 15 2008

Clerk, U.S. District and
Bankruptcy Courts

counsel of my choice. His second denial deprived me of my due process "right of controverting by proof, every material fact which bears on the question of right in the matter involved." [Blacks Law Dictionary] I submit for your consideration:

"*Pro se* plaintiffs are often unfamiliar with the formalities of pleading requirements. Therefore, the Supreme Court has instructed the district courts to interpret pro se complaints liberally and employ a more lenient standard in determining the sufficiency of a *pro se* complaint than they would in reviewing a pleading submitted by counsel. Platsky v. Central Intelligence Agency, et al., 953 F.2d 26, 28 (2nd Cir. 1991). See also Hughes v. Rowe, 449 U.S. 5, 9-10 (1980); Haines v. Kerner, 404 US.S 519, 520-21, 92 S.Ct. 594, 30 L.Ed. 2d 652 (1972).

WHEREFORE, for all the reasons set forth above and those stated in my previous two related motions, I respectfully request The Chief Judge to grant the relief I requested in my Rebuttal to Defendant's Response to Plaintiff's Motion for Reassignment, direct Judge Kennedy to refrain from further action on this case, pending the resolution of this motion, and for such other and further relief as this Court deems just and proper. I affirm, under the penalties of perjury, that the information listed above is true and correct to the best of my knowledge.

Dated: July 12, 2008
        Hillsborough County, FL

                                        Respectfully Submitted

                                        *Frederick Nielsen*
                                        _____/s/_____

                                        Frederick V. Nielsen,
                                        Plaintiff, *Pro Se*
                                        215 W. Grand Central Ave. #414
                                        Tampa, FL 33606-1951
                                        (813) 251-1620

## Certificate of Service

I, Frederick V. Nielsen, am the plaintiff in the above entitled matter. I affirm under the penalty of perjury that on **July 12, 2008**, I have served a true a true and correct copy of the foregoing Supplemental Motion for Reassignment, upon Brian P. Hudak, Esq. Assistant United States Attorney, Civil Division, 555 4th Street, NW, Washington, DC 20530 via USPS and upon my attorney, Alexander O. Akpodiete, ATAWA Associates LLC 165 Courtland Street, Suite A-315 Atlanta, GA 30303.

/s/ Frederick Nielsen
Frederick Nielsen,
Plaintiff
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620

To:
Royce C. Lamberth, Chief Judge
US District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

✓Clerk of the Court,
US District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

Clerk of Court, U.S. Court of Appeals
For the District of Columbia
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, D.C. 20001