UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK V. NIELSEN,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**MIKE JOHANNS, Secretary, United States Department of Agriculture,**<br><br>      **Defendant.** | Civil Action 07-01610 (HHK) |

**ORDER**

  Before the court is the motion of plaintiff [#18] captioned as a Motion for Reassignment or Recusal.

  Plaintiff seeks to have me recuse myself and have this case reassigned to another judge because of certain rulings I have made in this case.[1] Among the rulings with which plaintiff disagrees and asserts were improper are my decisions to deny his attorney, Alexander O. Akpodiete, admission *pro hac vice* and to consider information which the attorney for defendant brought to this court's attention regarding Mr. Akpodiete's suspension from the Florida Bar. Plaintiff states that these rulings are an abuse of discretion, deprive him of due process, and suggest *ex parte* communication between myself and counsel for defendant.

  Plaintiff's motion must be denied because my rulings, plaintiff's disagreement with them, and his opinion about my lack of impartiality, do not provide a basis for granting his motion.

---

  [1] The court observes that plaintiff's motion does not refer to the statutory provision, 28 U.S.C. § 144, that governs the issue of when another judge should be assigned to preside over a case.

They neither show that I have a **personal** bias or prejudice that is an attitude of extrajudicial origin, *see* 28 U.S.C. § 144, nor could lead a "**reasonable** and **informed** observer [to] question [my] impartiality." *United States v. Microsoft Corp.*, 253 F.3d 34, 114 (D.C. Cir. 2001) (en banc) (per curiam) (emphasis supplied). Moreover, I am mindful that "[t]here is as much obligation upon a judge not to recuse himself when there is no occasion as there is for him to do so when there is." *Tynan v. United States*, 376 F.2d 761, 765 (D.C. Cir. 1967).

Accordingly, it is this 17th day of July 2008, hereby

**ORDERED** that plaintiff's motion to recuse [#18] is **DENIED**.

Henry H. Kennedy, Jr.
United Sates District Judge