UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FREDERICK NIELSEN,
        Plaintiff,

-against-

ED SCHAFER, Secretary
U.S. Department of Agriculture,
        Defendant.

Case No. 1-07-cv-01610 (HHK)

**Motion For Clarification**

Plaintiff hereby moves the Court for clarification of the Order of Continuance filed on July 14, 2008 and state the following in support thereof.

In a conference call with counsel for Defendant today, he stated that he does not oppose plaintiff appearing for the August 19, 2009 hearing telephonically, but will not proceed with any discovery until thereafter as he believe it is needed. It should be noted that the Stay was predicated on my counsel's motion for admission pro hac vice, which has been denied by this Court. This Court previously stated that it could adopt the parties' proposed scheduling order. Any physical meeting is meant to inconvenience Plaintiff and produce undue hardship on him. The Court's previous position about telephonic appearance was directed at Mr. Akpodiete to the extent that he was going to be representing Plaintiff, the Court wanted him to appear in person. That same condition should not apply to an indigent plaintiff appearing *pro se* residing out of state. Moreover, Plaintiff has previously been approved to proceed without prepayment of fees when the matter was before the USDC, Middle District of Florida and Plaintiff has an outstanding June 6, 2008 application before this court for the same purpose.

Plaintiff's request to appear telephonically is intended to continue for all future status conferences. Plaintiff expects to physically attend the pre trial conference.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order adopting the parties' proposed scheduling order, or at the very least clarify that Plaintiff is allowed to appear by telephone and the court will enter Rule 16.3 Order. Plaintiff further requests that his application to proceed without prepayment of fees be granted.

Dated: Hillsborough County, FL
July 18, 2008

*/s/ Frederick Nielsen*

Frederick Nielsen,
Plaintiff, Pro Se
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620

## Certificate of Service

I, Frederick V. Nielsen, am the plaintiff in the above entitled matter. I affirm under the penalty of perjury that on **July 18, 2008**, I have served a true a true and correct copy of the foregoing Motion for Clarification, upon Brian P. Hudak, Esq. Assistant United States Attorney, Civil Division, 555 4th Street, NW, Washington, DC 20530 via email and USPS and upon my attorney, Alexander O. Akpodiete, ATAWA Associates LLC 165 Courtland Street, Suite A-315 Atlanta, GA 30303.

*/s/ Frederick Nielsen*

Frederick Nielsen,
Plaintiff
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620

To:
Clerk of the Court,
US District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866