UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK NIELSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ED SCHAFER, Secretary,<br>U.S. Department of Agriculture,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1610 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ERRATA**

By and through his undersigned counsel, Defendant submits this Errata to supplement and amend a statement by Defendant made in the parties' Joint Report Pursuant to Local Rule 16.3, dated April 16, 2008. In paragraph (1) of the parties' Joint Report, Defendant stated that he "does not currently intend to file a motion to dismiss, but believes that this action can be resolved by dispositive motion at the conclusion of discovery." *See id.* Based upon newly discovered evidence, Defendant hereby amends that statement as follows:

> Defendant anticipates shortly filing a dispositive motion for judgment on the pleadings, or in the alternative for summary judgment pursuant to Federal Rules of Civil Procedure 12(c) and 56, respectively, based upon Plaintiff's failure to properly exhaust administrative remedies. In sum, Plaintiff attempts to excuse his more than six month delay between the alleged discrimination and contacting the Agency's EEO office by pleading that he was unaware of the location of the EEOC's New York Field Office ("NYFO") after September 11, 2001. Defendant, however, has unearthed publically-available archived versions of the EEOC's website from shortly after the last date of alleged discrimination set forth in the Complaint, which clearly inform the public of whom to contact regarding NYFO EEOC matters and the temporary location of the NYFO following the September

11th terrorist attacks. Accordingly, Plaintiff has no basis to invoke any tolling doctrine that could excuse his failure to timely comply with Title VII's exhaustion requirements. If such motion is unsuccessful, Defendant further believes that this action can be resolved by dispositive motion at the conclusion of discovery.

Dated: July 28, 2008
      Washington, D.C.

                            Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/

BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2008, a true and correct copy of the above Errata, was served upon *pro se* Plaintiff Frederick Nielsen by first class United States mail, postage prepaid, to:

Frederick Nielsen
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951

Respectfully submitted,

　/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov