UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------

FREDERICK NIELSEN,
          Plaintiff,

   -against-                                  Case No. 1-07-cv-01610 (HHK)

ED SCHAFER, Secretary                 **Affirmation**
U.S. Department of Agriculture,
          Defendant.

-------------------------------------------------

### Plaintiff's Application to proceed Without Prepayment of Fees and Affidavit

Comes now, plaintiff, proceeding *pro se*, respectfully resubmits his Application to Proceed Without Prepayment of Fees (IFP) for the reasons listed below. On three separate instances, Plaintiff attempted to present it to the Court, as cited below.

On June 6, 2008, Plaintiff submitted: his Motion for Reassignment; his attached Application to Proceed Without Prepayment of Fees (IFP) and Affidavit; with his attached Certificate of Service received by The Clerk of the Court on June 12, 2008 by certified mail. The Motion was filed on June 9, 2008. [Docket #18] However, the Clerk never indicated my IFP application was submitted,* because it did not appear as filed in the Court docket. The Court never responded to that application. Thereafter, Defendant filed Notice of Plaintiff's Continuance Motion via CM/ECF on July 10, 2008 [Docket # 24]. Plaintiff submitted that same motion via USPS as an Unopposed Motion for Continuance dated July 10, 2008, which was filed July 14, 2008 [Docket # 26]. That Motion indicated its purpose was "to allow time for my IFP application, *inter alia*, to be resolved." There is no indication that the Court ever responded to my Application.

RECEIVED
AUG 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*It is probable that the Clerk of the Court never submitted my IFP application to Your Honor. There is a pattern and practice where the Clerk of the Court has been interfering with submissions by Plaintiff and his former counsel to the Court! The Clerk refused to accept for filing a motion for admission *pro hac vice* by attorney Alex O. Akpodiete without the need for an affidavit from local counsel. The Court had to issue an Order dated 3/21/08 directing the Clerk to do that. [Docket # 9] On 4/18/08, the Clerk refused to file and docket Mr. Akpodiete's *pro hac vice* application. In Plaintiff's Motion for Consideration etc. dated 4/28/08 and filed 4/30/08 [Docket # 12], I noted that Mr. Akpodiete's application (certified as being served on 3/24/08) had still not been docketed one month later!

In addition to the data contained in my instant Application, Plaintiff's asks the Court to consider that this identical application form and information contained therein was submitted and approved by the U.S. District Court for the Middle District of Florida (Tampa Division) prior to the transfer of the case to this court. See Order dated and filed 2/10/06. [Case No. 8:06-cv-094-EAK; Docket # 6]

For all the reasons listed above, Plaintiff respectfully requests the Court to act upon his IFP Application and to take such other action as the Court deems just and proper. I affirm, under the penalty of perjury, that the information listed above is true and correct to the best of my knowledge.

Dated: Hillsborough County, FL
        August 5, 2008

Frederick Nielsen,
Plaintiff, Pro Se
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620

## Certificate of Service

I, Frederick V. Nielsen, am the plaintiff in the above entitled matter. I affirm under the penalty of perjury that on **August 5, 2008**, I have served a true a true and correct copy of the foregoing Affirmation (Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit), with attachments: [Plaintiff's Certificate of Service dated June 6, 2008; Certified Mail receipt card stamped received June 12, 2008 by the Mail Room and Plaintiff's Application dated June 6, 2008]; upon Brian P. Hudak, Esq. Assistant United States Attorney, Civil Division, 555 4th Street, NW, Washington, DC 20530 via USPS and upon my attorney, Alexander O. Akpodiete, ATAWA Associates LLC 165 Courtland Street, Suite A-315 Atlanta, GA 30303.

*Frederick Nielsen*

Frederick Nielsen,
Plaintiff
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620

✓ Clerk of the Court,
U.S. District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

## Certificate of Service

I, Frederick V. Nielsen, am the plaintiff in the above entitled matter. I affirm under the penalty of perjury that on **June 6, 2008**, I have served a true a true and correct copy of the foregoing and my Application to Proceed Without Prepayment of Fees and Affidavit (*in forma pauperis*,) upon Brian P. Hudak, Esq. Assistant United States Attorney, Civil Division, 555 4th Street, NW, Washington, DC 20530 via USPS and upon my attorney, Alexander O. Akpodiete, ATAWA Associates LLC 165 Courtland Street, Suite A-315 Atlanta, GA 30303.

*Frederick Nielsen*
Frederick Nielsen,
Plaintiff
215 W. Grand Central Ave. #414
Tampa, FL 33606-1951
(813) 251-1620

To:
Royce C. Lamberth, Chief Judge
US District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

Clerk of the Court,
US District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

Clerk of Court, U.S. Court of Appeals
For the District of Columbia
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, D.C. 20001

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   CLERK OF THE COURT
   U.S. DISTRICT COURT FOR DIST COLUM
   333 CONSTITUTION AVE., N.W.
   WASHINGTON, DC. 20001-2866

2. Article Number (Transfer from service...): 7006 0100 0006 8171 4182

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Received Mail Room
C. Date of Delivery: JUN 12 2008

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

FREDERICK NIELSEN
Plaintiff

V.

ED SCHAFER, SECRETARY,
U.S. DEPT. OF AGRICULTURE
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07-CV-1610 (HHK)

I, FREDERICK NIELSEN  declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 8-19-02 - 11/19/02
   Pius XII Youth + Family Services
   188 W. 230 St. Bronx, NY 10463     $5,641.92 total for 3 month period

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes     ☒ No
   b. Rent payments, interest or dividends               ☐ Yes     ☒ No
   c. Pensions, (annuities) or life insurance payments   ☒ Yes     ☐ No
   d. Disability or workers compensation payments        ☐ Yes     ☒ No
   e. Gifts or inheritances                              ☐ Yes     ☒ No
   f. Any other sources  Social Security                 ☒ Yes     ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I receive $109 monthly for TIAA-CREF annuity.
I receive $848 monthly for Social Security benefits.

4. Do you have **any** cash or checking or savings accounts?  ☑ Yes  ☐ No

   If "Yes," state the total amount. $1,500

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.



June 6, 2008 / Date    Fredrick Nielsen / Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.