UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDERICK NIELSEN,

    Plaintiff,

    v.

ED SCHAFER, Secretary, U.S. Department of Agriculture,,

    Defendant.

Civil Action No. 07-1610 (HHK)

## ORDER

The parties appeared before the Court on August 19, 2008 for a status conference.[1] After hearing from each party on how this case should proceed, it is this 19th day of August, 2008 hereby

ORDERED that the following schedule shall govern this case until further Order:

No later than September 26, 2008, the defendant shall file his dispositive motion;

No later than October 27, 2008, the plaintiff shall file his response thereto;

No later than November 7, 2008, the defendant shall file his reply, if any; and

On Friday, January 9, 2009, the parties shall appear at 10:00 a.m. for a status conference.[2]

SO ORDERED.

                /s/
            Henry H. Kennedy, Jr.
            United States District Judge

---

[1] Upon his request, the plaintiff was granted permission to appear by telephone.

[2] The plaintiff shall be permitted to appear by telephone.